IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREGORY FITZSIMMONS, ET AL. : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 15-3297 |
| AETNA, INC., ET AL. : | |

**O R D E R**

**AND NOW**, this 7th day of January, 2016, upon consideration of Defendants Timothy Kelly's and Kelly and Associates' Motion for a More Definite Statement Pursuant to Fed. R. Civ. P. 12(e) (ECF No. 5), Defendant Aetna, Inc.'s Motion to Dismiss for failure to state a claim (ECF No. 6), Plaintiffs' Motion for Leave to File Amended Complaint (ECF No. 8), and Plaintiffs' Motion for Remand (ECF No. 9), and all documents submitted in support thereof, and in opposition thereto, it is **ORDERED** that Plaintiffs' Motion for Remand is **GRANTED.** This matter is **REMANDED** to the Montgomery County, Pennsylvania Magisterial District Court. The remaining Motions are **DISMISSED** as moot.

IT IS SO ORDERED.

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**